# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO



U.S. MARSHAL
District of Idaho

MAR 1 4 2018

RECEIVED

UNITED STATES OF AMERICA
v.
RICHARD GUYON
aka RICK GUYON
aka RICK GARRISON
aka MARK THOMAS

**WARRANT FOR ARREST**

CASE NUMBER: 1:18-cr-88-BLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **RICHARD GUYON** and bring forthwith to the nearest magistrate to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. § 1343, 1349 - Conspiracy to Commit Wire Fraud

18 U.S.C. § 1343 - Wire Fraud

United States Courts
District of Idaho
**ISSUED**
Sunny Trumbull
on Mar 14, 2018 9:15 am

/s/ Sunny Trumbull, Deputy Clerk
Name and Title of Issuing Officer

March 14, 2018
Date

---

## RETURN

This warrant was received 03/14/2018 and executed with the arrest of the above-named individual at Fresno, CA.

Signature of Arresting Officer

03/29/2018
Date of Arrest

For Justin Bundy, FDIC/OIG
Name & Title of Arresting Officer