UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD GUYON,<br><br>Defendant. | Crim. Case No.: 1:18-cr-00088-BLW<br>Civil Case No.: 1:20-cv-00585-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

On December 18, 2020, Richard Guyon filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct his Sentence. *See* Civ. Dkt. 1. The government filed its response February 10, 2021. Guyon asks for a 60-day extension to file his response. He says that "since April 1, 2021,[1] the Bureau of Prisons has been on various stages of lockdown due to the Covid-19 pandemic." *See* Crim. Dkt. 75, at 1. The lockdowns have made it more difficult for Mr. Guyon to prepare his reply brief. Under these circumstances, the Court will grant Mr. Guyon an extension. He will be ordered to file his reply brief within 60 days from the date of this Order.

---

[1] The Court assumes Mr. Guyon meant to say April 1, 20<u>20</u> – not April 1, 20<u>21</u>. Also, references to Cr. Dkt. refer to docket entries in the criminal case referenced in the caption above. References to Civ. Dkt. refer to entries in the civil case referenced in the caption.

**MEMORANDUM DECISION AND ORDER - 1**

Also pending is Mr. Guyon's motion for appointment of counsel. In August 2020, Mr. Guyon asked the Court to appoint counsel to assist him with a "possible motion under Compassionate Release or Elderly Release programs recently enacted by Congress." *Aug. 27, 2020 Motion for Appointment of Counsel,* Cr. Dkt. 65, at 9. Since requesting appointment of counsel, however, Mr. Guyon filed – and then voluntarily withdrew – a motion for compassionate release. *See Feb. 5, 2021 Withdrawal,* Cr. Dkt. 73. As such, the request for appointment of counsel is moot. Further, upon reviewing the record in this case, the Court is not persuaded that Mr. Guyon needed appointment of counsel for the reasons stated in his motion. The Court will therefore deny the motion. Accordingly,

**IT IS ORDERED that:**

1. Guyon's Request for an Extension of Time (Cr. Dkt. 75) is **GRANTED.** He shall file his reply brief in support of his Motion Under 28 U.S.C. § 2255 on or before **May 10, 2021**

2. Guyon's Request for Appointment of Counsel (Cr. Dkt. 65) is **DENIED AS MOOT.**

DATED: March 10, 2021

B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 2**